JACOB J. BUCHWALD, Respondent, v. JAMES MOUYEOS, Appellant.— Motion for leave to the appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

COUNTY OF WESTCHESTER, etc., Respondent, v. ANTHONY S. RENZA and ANNA F. RENZA, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MAX FISHBINE, Respondent, v. MOTT AVENUE FISH & FRUIT MARKET, INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

VERA GURMAN, Appellant, v. CHARLES HANCOCK SMITH, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

ABRAHAM J. HABER, Appellant, v. SAM SEIFF, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

AUGUST F. HERRMANN, Respondent, v. MAX MANDELL and ROYAL KWIET, Appellants.— Motion to dismiss appeal denied, without costs, upon condition that appellants perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THOMAS J. HOWARD, Respondent, v. SPRING COAL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

IRMANAT REALTY CORPORATION, Respondent, v. MAY EDNA CREAMER and FRANK D. CREAMER, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.